No. 784. FITZGERALD *v.* KANSAS ET AL. January 5, 1942. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in*

*forma pauperis,* denied. *E. R. Fitzgerald, pro se.*